IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TRIDO ROGERS,

        Plaintiff,

vs.                            Civil Action 2:07-CV-1299
                                     Judge Sargus
                                     Magistrate Judge King

EXCEL, INC., et al.,

        Defendants.

### ORDER

Plaintiff was **GRANTED** until June 6, 2008, to demonstrate on the record that service of process has been completed. *Order*, Doc. No. 7. Plaintiff was specifically advised that his failure to do so would result in the dismissal of the action. *Id.* Plaintiff has not demonstrated that service of process has been completed.

This action is therefore **DISMISSED,** without prejudice, for failure to effect timely service of process. *See* F.R. Civ. P. 4(m).

6-16-2008
Date

Edmund A. Sargus, Jr.
United States District Judge