AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TRIDO ROGERS,**

        **Plaintiff,**

        **JUDGMENT IN A CIVIL CASE**

**vs.**

        **CASE NO.  C2-07-1299**
**EXCEL, INC., et al.,**    **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE NORAH MCCANN KING**

    **Defendants.**

____   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order filed June 16, 2008, JUDGMENT is hereby entered DISMISSING this case.**

Date: June 16, 2008                     JAMES BONINI, CLERK

                                    */S/ Andy F. Quisumbing*
                                    (By) Andy F. Quisumbing
                                    Courtroom Deputy Clerk